No. 75–1016. LEONARD v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1075. GONZALEZ v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 75–1167. McHALE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–1177. HOFFMAN ET AL. v. HOFFMAN ET VIR. Sup. Ct. Ill. Certiorari denied.

No. 75–1189. MOORE v. RUMSFELD, SECRETARY OF DEFENSE, ET AL. C. A. 10th Cir. Certiorari denied.

No. 75–1192. TUCKER ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1209. UNITED TRANSPORTATION UNION v. HARRISON ET AL. C. A. 4th Cir. Certiorari denied.

No. 75–1224. WORLD MARKET CENTERS, INC. v. HARDIN. C. A. 10th Cir. Certiorari denied.

No. 75–1265. NAJANICK v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 75–1268. BROWN v. BARNETT ET AL. Sup. Ct. Miss. Certiorari denied.

No. 75–1281. TRI TERMINAL CORP. v. BOROUGH OF EDGEWATER. Sup. Ct. N. J. Certiorari denied.